AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**MATTHEW HUTTLE**<br><br>*Defendant* | )<br>)   Case No.<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **MATTHEW HUTTLE**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

MATTHEW HUTTLE Charges:
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds.
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in the Capitol Grounds or Buildings.
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:  __10/28/2022__                                    _____M. U. Upadhyaya_____
                                                                      *Issuing officer's signature*

City and state:   __Washington, D.C.__         __Moxila A. Upadhyaya, U.S. Magistrate Judge__
                                                                      *Printed name and title*

---

### Return

This warrant was received on *(date)* __10-28-22__, and the person was arrested on *(date)* __11-28-22__
at *(city and state)*  __Boise, Idaho__.

Date:  __11-28-22__                                    __* Not present to sign *__
                                                                      *Arresting officer's signature*

                                                                      __Ofc. Ryan Thueson, Boise PD__
                                                                      *Printed name and title*